## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Woodbridge Group of Companies, LLC | : | Case No.: 17-12560 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al., | : | **MEDIATION STATUS REPORT** |
| | : | |
| Plaintiff, | : | Adv. Proc. No.: 19-50938 (BLS) |
| v. | : | |
| | : | |
| Jerome Schwartz; Associated Insurance Group, Incorporated, | : | |
| | : | |
| Defendant. | : | |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that the mediation has not been completed and hereby provides a projected schedule for completion.

    __X__    A mediation session scheduled to occur on March 2, 2021.

    _____    A mediation session needs to be scheduled, but the mediator has been unable to arrange a date and time.

    _____    OTHER:

Dated: January 19, 2021           _/s/ Judith K. Fitzgerald_
                                                  Judith K. Fitzgerald (PA I.D. No. 18110)
                                                  Tucker Arensberg, P.C.
                                                  1500 One PPG Place
                                                  Pittsburgh, PA  15222
                                                  (412) 594-1212

TADMS:5445417-1 035888-190635